IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: September 3, 2013 |
| Court Reporter:    Kara Spitler | Probation: Michelle Means |

Criminal Action No. 12-cr-00272-RBJ-2

*Parties*:                                                   *Counsel*:

UNITED STATES OF AMERICA,                Michelle Korver

   Plaintiff,

v.

MYLES ALFONZIO DAVIS,                        La Fonda Traore

   Defendant.

## SENTENCING MINUTES

**Court in session:**    12:59 p.m.

Appearances of counsel.

Defendant is present on bond.

Defendant's counsel withdraws Objections to Presentence Investigation Report #[372].

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, defendant's fiancé, mother, friend and future mother in-law address the Court regarding sentencing.

Counsel for the government and the Probation Officer address the Court regarding sentencing.

Court states its findings and conclusions.

Defendant entered his plea on May 29, 2013 to Count Nine of the Indictment.

**ORDERED:**   Motion for a Variant or Non-Guideline Sentence #[375] is GRANTED IN PART AND DENIED IN PART.

**ORDERED:**   Count One is DISMISSED.

**ORDERED:**   Defendant shall be **imprisoned** for **a term of 39 months**.

Court RECOMMENDS that defendant receive credit for 10 days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado, preferably Englewood.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **1 year.**

**ORDERED:**   **Conditions** of Supervised Release that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**   **Special Condition** of Supervised Release that:
- (**X**)   Defendant shall participate in and successfully complete a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant's bond is released.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     **1:52 p.m.**

Hearing concluded.

Total time:    00:53